UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>RUPINDER DHILLON d/b/a BAYMONT INN & SUITES,<br><br>        Defendant. | No. 2:19-mc-0071 KJM AC<br><br><br>ORDER |

This matter for enforcement of a money judgment was referred to the undersigned pursuant to Local Rule 302(c)(11). The court is in receipt of plaintiff's request to appoint a private registered process server to serve the Writ of Execution previously obtained in this matter. ECF No. 7.

Good cause showing, IT IS HEREBY ORDERED that ABC Legal Services, Inc., as a registered process server and using an employee who is at least 18 years of age, of suitable discretion, and not a party to the within action, be authorized and appointed to serve the Writs in this case. The U.S. Marshal's Office will remain the levying officer.

DATED: June 12, 2019

                                                              ALLISON CLAIRE<br>
                                                              UNITED STATES MAGISTRATE JUDGE